UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HARRISON BRADLEY
CUNNINGHAM,

        Plaintiff,

v.                             Case No:  2:22-cv-236-JLB-NPM

STEVE WHIDDEN and
NESTOR ECHEVARRIA,

        Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the Court dismiss Plaintiff's action with prejudice for failure to prosecute.  (Doc. 68).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 68) is **ADOPTED** and made part of this Order for all purposes.

2. This case is **DISMISSED** with prejudice for failure to prosecute.

3. The Clerk of Court shall enter judgment dismissing the case with prejudice, terminate all deadlines, and close the case.

**ORDERED** at Fort Myers, Florida on June 30, 2023.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE